1   ROBERT C. GEBHARDT (SBN 48965)
    Email: robert.gebhardt@wilsonelser.com
2   SHEENA V. JAIN (SBN 251912)
    Email: sheena.jain@wilsonelser.com
3   **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
4   525 Market Street – 17th Floor
    San Francisco, California 94105-2725
5   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
6

7   DAVID J. SCHUBERT (Admitted in CA *Pro Hac Vice*)
    **SCHUBERT/EVANS**
8   900 Jackson Street, Suite 630
    Dallas, TX 75202
    Tel: (214) 744-4400
9   Fax: (214) 744-4403
    Email: dschubert@schubertevans.com
10

11  Attorneys for Defendants
    ATM OPERATING, INC., ATM FUND 2016 L.P.
12  ATM FUND 2017 L.P., ATM PORTFOLIO TEN L.P, and
    TALISKER INVESTMENTS LLC
13  (erroneously named herein as Talisker Investments LP)

14
                **UNITED STATES DISTRICT COURT**
15
                **NORTHERN DISTRICT OF CALIFORNIA**
16
                          **(OAKLAND DIVISION)**
17

| | |
|---|---|
| MAROUANE OUZIZ, an individual; MOORISH ENTERPRISES, LLC, | Case No.: 4:12-cv-02378-KAW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE OF DAVID SCHUBERT** |
| vs. | Action Filed: April 3, 2012 |
| ATM OPERATING, INC.; ATM FUND 2016 LP; ATM FUND 2017 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP; ECLIPSE CASH SYSTEMS, LLC; AND DOES 1 THROUGH 20, INCLUSIVE, | Hearing Date:  August 27, 2012<br>Time:  1:30 pm<br>Location:  Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street, Oakland, CA 94612 |
| Defendants. | |

1

1 | The Court, having read and considered the request, and good cause appearing therefore,

3 | IT IS HEREBY ORDERED that Defendants' REQUEST FOR TELEPHONIC APPEARANCE OF DAVID SCHUBERT is **GRANTED**.

Dated: August 23, 2012

*Kandis Westmore*

Hon. Kandis A. Westmore
MAGISTRATE JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION