1 Derek W. Edwards (SBN 210636)
2 WALLER LANSDEN DORTCH & DAVIS, LLP
  511 Union Street, Suite 2700
3 Nashville, Tennessee 37219
  Telephone: (615) 244-6380
4 Facsimile: (615) 244-6804
  E-mail: derek.edwards@wallerlaw.com
5
6 *Counsel for Defendant Eclipse Cash Systems, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND)

| | |
|---|---|
| MAROUANE OUZIZ, an individual, MOORISH ENTERPRISES, LLC, | Civil Action No. 4:12-CV-02378-KAW |
| Plaintiffs, | **PROPOSED ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE OF DEREK W. EDWARDS** |
| v. | |
| ATM OPERATING, INC.; ATM FUND 2016 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP; ECLIPSE CASH SYSTEMS, LLC; and DOES 1-20, inclusive, | Action Filed: April 3, 2012 |
| | Hearing Date: August 28, 2012 |
| | Time: 1:30 p.m. |
| | Location: Oakland Courthouse Courtroom 4 - 3rd Floor 1301 Clay Street Oakland, CA 94612 |
| Defendants. | |

The Court, having read and considered the request, and good causing appearing therefore,

IT IS HEREBY ORDERED that Defendant Eclipse Cash Systems, LLC's REQUEST FOR TELEPHONIC APPEARANCE OF DEREK W. EDWARDS is **GRANTED**.

Dated: August 23, 2012

_____
Hon. Kandis A. Westmore
MAGISTRATE JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

9076388.1