Derek W. Edwards (SBN 210636)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
E-mail: derek.edwards@wallerlaw.com

*Counsel for Defendant Eclipse Cash Systems, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND)

| | |
|---|---|
| MAROUANE OUZIZ, an individual, MOORISH ENTERPRISES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ATM OPERATING, INC.; ATM FUND 2016 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP; ECLIPSE CASH SYSTEMS, LLC; and DOES 1-20, inclusive, <br><br> Defendants. | Civil Action No. 4:12-CV-02378-KAW <br><br> **PROPOSED ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE OF DEREK W. EDWARDS** <br><br> Action Filed: April 3, 2012 <br><br> Hearing Date: August 28, 2012 <br> Time: 1:30 p.m. <br> Location: Oakland Courthouse <br> Courtroom 4 - 3rd Floor <br> 1301 Clay Street <br> Oakland, CA 94612 |

The Court, having read and considered the request, and good causing appearing therefore,

IT IS HEREBY ORDERED that Defendant Eclipse Cash Systems, LLC's REQUEST FOR TELEPHONIC APPEARANCE OF DEREK W. EDWARDS is **GRANTED**.

Dated: August 23, 2012

*/s/ Kandis Westmore*

Hon. Kandis A. Westmore
MAGISTRATE JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION