# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAROUANE OUZIZ, et al.,** | **Case No.: 4:12-cv-2378 KAW** |
|     **Plaintiffs,** | **ORDER TO SHOW CAUSE** |
|     vs. | |
| **ATM OPERATING, INC., et al.,** | |
|     **Defendants.** | |

On August 28, 2012, the Court held a case management conference. Plaintiffs' counsel was not present. In the parties' joint case management statement and proposed order, Plaintiffs wrote that they would amend their complaint to add new defendants and a new cause of action by August 7, 2012. The joint case management statement and proposed order was filed after that date had passed. To this day, Plaintiffs have not filed a motion for leave to amend their complaint.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs must show cause within seven days of the date of this order why they should not be sanctioned or have their case dismissed for failure to prosecute for not attending the case management conference.

2. Plaintiffs are granted until September 7, 2012, to file a motion for leave to amend their complaint.

**DATE: August 28, 2012**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**