Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MAROUENE OUZIZ, et al., ) Case No: C 12-2378 KAW
                       )
        Plaintiff(s),  ) **APPLICATION FOR**
   v.                  ) **ADMISSION OF ATTORNEY**
                       ) **PRO HAC VICE**
ATM OPERATING, et al., ) **(CIVIL LOCAL RULE 11-3)**
                       )
        Defendant(s).  )

I, Tiffany M. Christianson, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Eclipse Cash Systems LLC in the above-entitled action. My local co-counsel in this case is Bradley Vornholt, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2525 E. Camelback Rd., ste. 888<br>Phoenix, Arizona 85016 | 2175 N. California Blvd. Ste 645<br>Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (602) 279-2100 | (925) 280-0004 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tiffany@lavelle-lavelle.com | bjvornholt@wolfewyman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 023901.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/27/12

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tiffany M. Christianson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 10, 2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                        August 2012