UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAROUANE OUZIZ,

          Plaintiff(s),

   v.

ATM OPERATING, INC., ET AL.,

          Defendant(s).
_____/

No. C 12-02378 KAW (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

    The court has reviewed the parties' helpful settlement papers. There is one issue, and that is that there is no clear demand-response now (just a recounting of the past course of demand-response and a new position by Plaintiffs). *See, e.g.*, Plaintiffs' Statement at 10, Eclipse's Statement at 9. Given the relatively short time available on Monday and the fact that people are flying in for the settlement process, the court suggests that it makes sense for counsel to talk by telephone no later than Friday morning to see if they can provide a negotiating bracket that is closer to where they were (as opposed to the clean slate that exists now). The court understands what Eclipse said in its statement, and it is also true that not a lot of time has passed. In any event, the parties must send an informal email to the court's orders box at lbpo@cand.uscourts.gov by Friday, December 14, 2012, at 3 p.m. with the current demand and the defendants' current response.

**IT IS SO ORDERED.**

Dated: December 13, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12-02378 KAW (LB)