UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAROUANE OUZIZ, et al.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**ATM OPERATING, INC., et al.,**<br><br>    **Defendants.** | **Case No.: 4:12-cv-2378 KAW**<br><br>**ORDER** |

    On January 8, 2013, the Court held a case management conference. The parties are advised that any future request to modify the September 7, 2012 scheduling order must meet the requirements of Federal Rule of Civil Procedure 16(6)(4).

    For the reasons explained at the conference, it is hereby ORDERED that:

1. Defendant shall provide its initial disclosures to Plaintiffs by January 16, 2013.
2. The parties shall meet and confer in good faith by phone about their dispute regarding the location of depositions by January 11, 2013. If the parties cannot resolve the dispute, they may file a joint letter complying with the undersigned's standing order no later than January 18, 2013.
3. The parties shall file any early motions for summary judgment or partial summary judgment regarding the contract formation and enforceability issues discussed at the case management conference on or before March 1, 2013.

**DATE: January 8, 2013**

                                                                            **KANDIS A. WESTMORE**
                                                                            **UNITED STATES MAGISTRATE JUDGE**