AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

MAROUANE OUZIZ, et al.
    Plaintiff (s),

V.

ATM OPERATING, INC., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:12-cv-02378 KAW

Notice is hereby given that, subject to approval by the court, ECLIPSE CASH SYSTEMS, LLC substitutes
(Party (s) Name)

Brad J. Vornholdt, Esq. of Wolfe & Wyman LLP, State Bar No. 245382 as counsel of record in
(Name of New Attorney)

place of Tiffany M. Christianson, Esq. of LaVelle & LaVelle, PLC.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Wolfe & Wyman LLP
Address: 2175 N. California Blvd., Suite 645, Walnut Creek, CA 94596-3502
Telephone: (925) 280-0004    Facsimile (925) 280-0005
E-Mail (Optional): bjvornholt@wolfewyman.com

I consent to the above substitution.
Date: 1-8-13

Derek Smith/Eclipse Case Systems, Inc.
(Signature of Party (s))

I consent to being substituted.
Date: 1-7-12

Tiffany M. Christianson/LaVelle & LaVelle, PLC
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-9-13

Brad J. Vornholt/Wolfe & Wyman LLP
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/10/13

Kandis Westmore
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

**STATE OF CALIFORNIA**    )
                           )  **ss.**
**COUNTY OF CONTRA COSTA** )

I, Amber A. Lane, declare: I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 2175 North California Blvd., Suite 645, Walnut Creek, California 94596-3502.

On January 9, 2013, I served the document(s) described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
  ☒ **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
  ☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Walnut Creek, California, with postage thereon fully prepaid.

☐ **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Walnut Creek, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court,

1155087.1

1  Rule 2004 and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

2

3  ☒  **STATE**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4

5  ☒  **FEDERAL**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

6  Executed on January 9, 2013, at Walnut Creek, California.

_____
AMBER A. LANE

1155087.1

**SERVICE LIST**
**USDC-NORTHERN DISTRICT OF CALIFORNIA, Case No. 4:12-CV-2378 KAW**
**MAROUANE OUZIZ, et al. v. ATM OPERATING, INC., et al.**
**W&W File No. 1513-001**
**[Revised: 1/9/13]**

| | |
|---|---|
| Scott A. Faxman, Esq.<br>Lauren E. Saint, Esq.<br>SCOTT FLAXMAN LAW<br>2320 Marinship Wau, Suite 210<br>Sausalito, CA 49965 | Attorney for Plaintiffs MAROUANE OUZIZ;<br>MORRISH ENTERPRISES, LLC<br>Tel: (415) 484-3189 |
| Robert M. Silverman, Esq.<br>LAW OFFICE OF ROBERT M. SILVERMAN<br>269 South Beverly Drive, Suite 1385<br>Beverly Hills, CA 90212 | Attorneys for Defendant and Counterclaimant<br>ECLIPSE CASH SYSTEMS, LLC<br>Tel: (760) 656-1699<br>Fax: (626) 340-3926 |
| Robert C. Gebhardt, Esq.<br>Sheena V. Jain, Esq.<br>WILSON, ELSER, MASKOWITZ, EDELMAN & DICKER LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725 | Attorney for Defendants ATM OPERATING, INC., ATM FUND 2016 L.P., ATM FUND 2017 L.P. and ATM PORTFOLIO TEN L.P.<br>Tel: (415) 433-0990<br>Fax: (415) 434-1370 |
| Derek W. Edwards, Esq.<br>WALLER LANSDEN DORTCH & DAVIS LLP<br>5110 Union Street, Suite 2700<br>Nashville, TN 37219 | Attorneys for Defendant ECLIPSE CASH SYSTEMS, LLC<br>Tel: (615) 244-6380<br>Fax: (615) 244-6804 |
| Tiffany M. Christianson, Esq.<br>LAVELLE & LAVELLE, PLC.<br>2525 E. Camelback Road, Suite 888<br>Phoenix, AZ 85016 | Attorneys for Defendant ECLIPSE CASH SYSTEMS, LLC<br>Tel: (602) 279-2100 |