Case4:12-cv-02378-KAW   Document61   Filed02/17/13   Page1 of 3

1  SCOTT A. FLAXMAN (SBN 241285)
   Email: ScottFlaxman@scottflaxmanlawgroup.com
2  **SCOTT FLAXMAN LAW**
   1001 Bayhill Drive, Suite #200
3  San Bruno, California 94066

4  LAUREN E. SAINT    (SBN 278698)
   Email: Lsaint@dpllp.com
5  **DUNN & PANAGOTACOS LLP**
   850 Montgomery St, Suite 155
6  San Francisco, CA 94133

7  Attorneys for Plaintiffs
   MAROUANE OUZIZ and
8  MOORISH ENTERPRISES, LLC

9                **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                    **(OAKLAND DIVISION)**

12

13  MAROUANE OUZIZ, an individual;        Case No.: 4:12-cv-02378-KAW
    MOORISH ENTERPRISES, LLC,
14                                        Assigned to the Hon. Kandis A. Westmore
                    Plaintiff,
15                                        **STIPULATION AND [PROPOSED]**
    vs.                                   **ORDER EXTENDING TIME FOR**
16                                        **PARTIES TO FILE AN EARLY MOTION**
    ATM OPERATING, INC.; ATM FUND 2016    **FOR SUMMARY JUDGMENT OR**
17  LP; ATM FUND 2017 LP; ATM PORTFOLIO   **PARTIAL SUMMARY JUDGMENT**
    2008 LP; ATM PORTFOLIO TEN LP;
18  TALISKER INVESTMENTS LP; ECLIPSE
    CASH SYSTEMS, LLC; AND DOES 1
19  THROUGH 20, INCLUSIVE,

20                  Defendants.

21

22

23       Plaintiffs Marouane Ouziz and Moorish Enterprises, LLC (collectively, "Plaintiffs")

24  and Defendant Eclipse Cash Systems, LLC, ("Defendant") (collectively, the "Parties"), by

25  and through their respective counsel, stipulate to extend the time for either or both of them to

26  file an early Motion for Summary Judgment or Partial Summary Judgment, as follows:

27

28

WHEREAS, on January 8, 2013, this Court ordered the Parties to file any early motion for summary judgment or partial summary judgment by March 1, 2013;

WHEREAS, Defendants deposed Plaintiffs on February 1, 2013 for seven hours and will continue to depose Plaintiffs on February 20, 2013;

WHEREAS, Plaintiffs deposed Defendants on February 8, 2013 for seven hours and have requested a second session to depose Defendants, which may require traveling a second time to Arizona, and which, due to the schedules of counsel and witnesses, may not be completed before the end of February;

WHEREAS, Plaintiffs therefore will be unable to continue deposition of Defendants prior to the deadline to file an early motion for summary judgment or partial summary judgment;

WHEREAS, Plaintiffs have propounded written discovery to Defendants and expect to receive responses only a few days before the March 1, 2013 deadline;

WHEREAS, the Parties had previously stipulated to conducting only limited discovery prior to the December 17, 2013 Settlement Conference during settlement discussions;

WHEREAS, Plaintiffs counsel is currently also preparing for a deposition to take place in Oklahoma tentatively scheduled for the last week of February in an unrelated matter;

WHEREAS, the March 1, 2013 deadline has become untenable for Plaintiffs in light of the above factors;

THEREFORE, the Parties hereby stipulate to extend the date for the Parties to file an early motion for summary judgment or partial summary judgment to March 15, 2013.

IT IS SO STIPULATED.

Dated: February 17, 2013

By:      /s/ Lauren Saint
Scott A. Flaxman
**Scott Flaxman Law**
Lauren E. Saint
**DUNN & PANAGOTACOS LLP**
Attorneys for Plaintiffs
**MOORISH ENTERPRISES, LLC
and MAROUANE OUZIZ**

'

WOLFE & WYMAN LLP

By:      /s/ Bradley J. Vornholt

BRIAN H. GUNN
BRADLEY J. VORNHOLT
Attorneys for Defendant
**ECLIPSE CASH SYSTEMS, LLC**

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, and Good Cause therefore, that the deadline for the Parties to file an early motion for summary judgment or partial summary judgment is extended to March 15, 2013.

IT IS SO ORDERED.

Date: 2/22/13

Kandis A. Westmore
United States Magistrate Judge