**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| MAROUANE OUZIZ, an individual; MOORISH ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ATM OPERATING, INC.; ATM FUND 2016 LP; ATM FUND 2017 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP; ECLIPSE CASH SYSTEMS, LLC; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No.: 4:12-cv-02378-KAW<br><br>JOINT CASE MANAGEMENT STATEMENT & [~~PROPOSED~~] ORDER<br><br>Action Filed: April 3, 2012 |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-10(d).

1. <u>Progress and Changes Since Last Statement</u>

Plaintiffs MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC, (collectively "OUZIZ") have reached a settlement with Defendant/Counter-Claimant ECLIPSE CASH SYSTEMS, LLC ("ECLIPSE") for all claims and counterclaims between them in this action. The Settlement Agreement and Release has been reduced to writing and signed by all parties. Counsel

for ECLIPSE intends to forward settlement funds to counsel for OUZIZ in the next seven days. Pursuant to the terms of the Settlement Agreement and Release, within five days after delivery of the Settlement Funds, OUZIZ and ECLIPSE will dismiss their respective claims pursuant to a Stipulation of Dismissal.

Defendants ATM OPERATING, INC.; ATM FUND 2016 LP; ATM FUND 2017 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP were dismissed from this action on March 14, 2013. Therefore a dismissal of OUZIZ's and ECLIPSE's claims against one another will dispose of this matter entirely.

2. Other

Based on the foregoing, OUZIZ and ECLIPSE respectively request that this Court vacate the April 30, 2013, Case Management Conference and issue an Order that the Stipulation of Dismissal be submitted to the Court on or before May 30, 2013, or any date thereafter that the Court deems proper.

Dated: April 23, 2013

/s/ Lauren Saint
Lauren E. Saint
Attorneys for Plaintiffs
MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC

Dated: April 23, 2013

/s/ Brad Vornholt
Derek Edwards
Bradley J. Vornholt
Attorneys for Defendant and Counterclaimant
ECLIPSE CASH SYSTEMS, LLC

2
JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER

[~~PROPOSED~~] ~~CASE MANAGEMENT~~ ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. In addition, the Court makes the further order as stated below:

1. The April 30, 2013, further case management conference is VACATED.
2. The parties shall file a Stipulation of Dismissal on or before May 30, 2013.

IT IS SO ORDERED.

Dated: April 25, 2013

_____
UNITED STATES MAGISTRATE JUDGE