1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

10

11 | MAROUANE OUZIZ, an individual; MOORISH ENTERPRISES, LLC,

Case No.: 4:12-cv-02378-KAW

12

Plaintiff,

STIPULATION OF DISMISSAL BETWEEN PLAINTIFF MAROUANE OUZIZ, an individual, PLAINTIFF MOORISH ENTERPRISES, LLC, and DEFENDANT ECLIPSE CASH SYSTEMS, LLC WITH PREJUDICE; AND [~~PRPOSED~~] ORDER

13 | vs.

14 | ATM OPERATING, INC.; ATM FUND 2016 LP; ATM FUND 2017 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP; ECLIPSE CASH SYSTEMS, LLC; AND DOES 1 THROUGH 20, INCLUSIVE,

15

16

17

Defendants.

18 | ECLIPSE CASH SYSTEMS, LLC

19

Counterclaimant,

20 | vs.

21 | MAROUANE OUZIZ, MOORISH ENTERPRISES, LLC,

22

Counter-Defendants.

23

24

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), Plaintiffs and Counter-

Defendants, MAROUANE OUZIZ, an individual, and MOORISH ENTERPRISES, LLC and Defendant and Counterclaimant, ECLIPSE CASH SYSTEMS, LLC hereby stipulate and agree as follows:

(1) Plaintiffs and Counter-Defendants hereby dismiss with prejudice their claims asserted against ECLIPSE CASH SYSTEMS, LLC in the above-styled action; and

(2) Defendant and Counterclaimant hereby dismisses with prejudice its counterclaims asserted against MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC in the above-styled action.

IT IS SO STIPULATED.

This 1 day of May, 2013.


*/s/ Lauren E. Saint*
Lauren E. Saint
Attorneys for Plaintiffs
MAROUANE OUZIZ and MOORISH
ENTERPRISES, LLC


*/s/ Derek W. Edwards*
Derek Edwards
Attorneys for Defendant
ECLIPSE CASH SYSTEMS, LLC


*/s/ Brad J. Vornholt*
Brad Vornholt
Attorneys for Defendant
ECLIPSE CASH SYSTEMS, LLC

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, Defendant, ECLIPSE CASH SYSTEMS, LLC, is dismissed with prejudice from the above-entitled action, and the counterclaim filed against MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC is dismissed with prejudice from the above-entitled action.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date:   May 8, 2013

Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE