1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| MAROUANE OUZIZ, an individual; MOORISH ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ATM OPERATING, INC.; ATM FUND 2016 LP; ATM FUND 2017 LP; ATM PORTFOLIO 2008 LP; ATM PORTFOLIO TEN LP; TALISKER INVESTMENTS LP; ECLIPSE CASH SYSTEMS, LLC; AND DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No.: 4:12-cv-02378-KAW <br><br> STIPULATION OF DISMISSAL BETWEEN PLAINTIFF MAROUANE OUZIZ, an individual, PLAINTIFF MOORISH ENTERPRISES, LLC, and DEFENDANT ECLIPSE CASH SYSTEMS, LLC WITH PREJUDICE; AND [~~PRPOSED~~] ORDER |
| ECLIPSE CASH SYSTEMS, LLC <br><br> Counterclaimant, <br><br> vs. <br><br> MAROUANE OUZIZ, MOORISH ENTERPRISES, LLC, <br><br> Counter-Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), Plaintiffs and Counter-

Defendants, MAROUANE OUZIZ, an individual, and MOORISH ENTERPRISES, LLC and Defendant and Counterclaimant, ECLIPSE CASH SYSTEMS, LLC hereby stipulate and agree as follows:

(1) Plaintiffs and Counter-Defendants hereby dismiss with prejudice their claims asserted against ECLIPSE CASH SYSTEMS, LLC in the above-styled action; and

(2) Defendant and Counterclaimant hereby dismisses with prejudice its counterclaims asserted against MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC in the above-styled action.

IT IS SO STIPULATED.

This 1 day of May, 2013.

*/s/ Lauren E. Saint*
Lauren E. Saint
Attorneys for Plaintiffs
MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC

*/s/ Derek W. Edwards*
Derek Edwards
Attorneys for Defendant
ECLIPSE CASH SYSTEMS, LLC

*/s/ Brad J. Vornholt*
Brad Vornholt
Attorneys for Defendant
ECLIPSE CASH SYSTEMS, LLC

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, Defendant, ECLIPSE CASH SYSTEMS, LLC, is dismissed with prejudice from the above-entitled action, and the counterclaim filed against MAROUANE OUZIZ and MOORISH ENTERPRISES, LLC is dismissed with prejudice from the above-entitled action.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date:   May 8, 2013

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge