**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAROUANE OUZIZ, et al., | Case No.: C-4:12-2378 KAW |
| Plaintiffs, | JUDGMENT |
| vs. | |
| ATM OPERATING FUND, et al., | |
| Defendants. | |

This matter having been fully considered, and the Court having determined that the parties have reached a settlement,

It is Ordered and Adjudged that the action be dismissed with prejudice.

IT IS SO ORDERED.

DATE: May 8, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE